# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| TERRY HUBBARD | CASE NO. 2:20−cv−05457−DSF−SP |
|---|---|
| Plaintiff(s), | |
| v. | **Order to Show Cause re Dismissal for Lack of Prosecution** |
| MIANDMO INVESTMENTS LLC, et al. | |
| Defendant(s). | |

    Default has been entered by the Clerk as to the remaining defendants. No motion for default judgment has been filed.  Plaintiff is ordered to file a motion for default judgment on or before October 2, 2020.  Failure to file a default judgment motion by that date may result in sanctions, including dismissal for failure to prosecute.

    IT IS SO ORDERED.

Date: September 2, 2020

    /s/ *Dale S. Fischer*
    Dale S. Fischer
    United States District Judge